[No. 33091-1-II.   Division Two.   February 13, 2007.]

DAVID CARROLL ET AL., *Appellants*, v. PAUL TRAUSE, *as Fiduciary*, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-02359-6, Gary Tabor, J., entered April 1, 2005. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Penoyar, JJ.

[No. 33799-1-II.   Division Two.   February 13, 2007.]

LELAND F. GRATER, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 04-2-01768-5, Paula Casey, J., entered August 19, 2005. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 33994-3-II.   Division Two.   February 13, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT W. LEONHARDT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 04-1-00481-1, James B. Sawyer II, J., entered October 11, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Van Deren, J.

[No. 34549-8-II.   Division Two.   February 13, 2007.]

ALEKSANDR BOGDANOV, *Appellant*, v. STEVEN KING ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-02352-5, Barbara D. Johnson, J., entered February 17, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Penoyar, JJ.